
**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Malibu Media, LLC

                  Plaintiff,

v.                                         Case No.: 1:12–cv–04680
                                         Honorable Matthew F. Kennelly

John Does 1–55

                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 1, 2012:

      MINUTE entry before Honorable Matthew F. Kennelly:Status hearing held and continued to 9/12/2012 at 9:30 AM. Memorandum regarding joinder issue is due 8/15/2012. Motion for leave to serve 3rd party subpoenas prior to a Rule 26(f) conference is entered and continued to status hearing date. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.