**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:12-cv-04680 |
| | : | |
| JOHN DOES 1-55, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE 16 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 16 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe 16 was assigned the IP Address 68.58.15.16. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 16 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: November____, 2012

                                                  Respectfully submitted,

                                                  By: ___/s/ *Paul J. Nicoletti*_____
                                                  Paul J. Nicoletti
                                                  paul@nicoletti-associates.com
                                                  Law Office of Nicoletti & Associates, PLLC
                                                  36880 Woodward Avenue, Suite 100
                                                  Bloomfield Hills, MI 48304
                                                  Phone: 248-203-7800
                                                  *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

       I hereby certify that on November ____, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                      By: /s/ *Paul J. Nicoletti*
                                                      Paul J. Nicoletti