**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:12-cv-04680 |
| | : | |
| JOHN DOES 1-55, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE 11 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 11 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe 11 was assigned the IP Address 67.173.173.8. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 11 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: November ____, 2012

                                            Respectfully submitted,

                                            By: ___/s/ *Paul J. Nicoletti*___
                                            Paul J. Nicoletti
                                            paul@nicoletti-associates.com
                                            Law Office of Nicoletti & Associates, PLLC
                                            36880 Woodward Avenue, Suite 100
                                            Bloomfield Hills, MI 48304
                                            Phone: 248-203-7800
                                            *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November ____, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                         By: _/s/ *Paul J. Nicoletti*_
                                            Paul J. Nicoletti