**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**


Malibu Media, LLC

                          Plaintiff,

v.                                              Case No.: 1:12–cv–04680
                                                Honorable Matthew F. Kennelly

John Does 1–55, et al.

                          Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, December 6, 2012:


        MINUTE entry before Honorable Matthew F. Kennelly:Motion hearing held
motion to quash. Motion is entered and continued to 12/21/2012 at 09:00 AM., in
chambers. Status hearing set for 12/17/2012 is vacated and reset to 12/21/2012 at 09:00
AM.(or, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.