# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Malibu Media, LLC

                              Plaintiff,

v.                                                      Case No.: 1:12–cv–04680
                                                    Honorable Matthew F. Kennelly

John Does 1–55, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 12, 2013:

      MINUTE entry before Honorable Matthew F. Kennelly: The docket is corrected to reflect the Court's ruling in open court on 4/10/2013, which came before plaintiff's voluntary dismisssal of the remaining defendants: The motions of John Does 4 adn 54 to quash plaintiff's subpoenas are granted for the reasons stated in open court. Plaintiff is ordered to show cause why the remaining defendants should not be dismissed pursuant to Fed. R. Civ. P. 4(m). Plaintiff's oral motion to extend the time for service is denied, without prejudice to filing a written motion showing good cause and due diligence. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.